LINK:

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | CV 14-00866 BRO (FFMx) | Date | April 1, 2015 |
|---|---|---|---|
| Title | RICHARD GREENBERG V. CONNIE GUZMAN | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**     (IN CHAMBERS)

## ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE

The parties are currently scheduled to have a pretrial conference on April 6, 2015, with all pretrial documents to have been filed by March 23, 2015. (Dkt. No. 33 at 11.) As of today, however, no pretrial documents have been lodged. Pursuant to Federal Rule of Civil Procedure 41(b), the Court may dismiss an action for failure to prosecute where the plaintiff "fails to prosecute or to comply with these rules or a court order." Fed. R. Civ. P. 41(b); *accord Link v. Wabash R. Co.*, 370 U.S. 626, 629–30 (1962). Accordingly, Plaintiff is hereby **ORDERED** to show cause why this case should not be dismissed for failure to prosecute. **Plaintiff must file a response, in writing, no later than April 6, 2015 at 1:30 p.m.**

Failure to comply with this Order will result in the dismissal of this action pursuant to Local Rule 41-1 for failure to prosecute. C.D. Cal. L.R. 41-1; Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**                                                                                    :

                                                                            Initials of Preparer     rf