LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | CV 14-00866 BRO (FFMx) | Date | April 21, 2015 |
|---|---|---|---|
| Title | RICHARD GREENBERG V. CONNIE GUZMAN | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | | |
|---|---|---|---|
| Renee A. Fisher | Not Present | N/A | |
| Deputy Clerk | Court Reporter | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)
**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**

The Court held a pretrial conference on this matter on April 6, 2015. (Dkt. No. 49.) The week before the pretrial conference, the Court issued an order to show cause as to why this case should not be dismissed for failure to prosecute based upon the parties' failure to file any pretrial documents, which were due by March 23, 2015. (See Dkt. No. 46.) Plaintiff Richard Greenberg ("Plaintiff") responded to the order[1], (see Dkt. Nos. 46, 47), but has not filed any pretrial documents and did not appear at the pretrial conference.

After the April 6, 2015 pretrial conference, the Court issued a second order to show cause as to why this case should not be dismissed for Plaintiff's failure to prosecute. (Dkt. No. 49.) The Court ordered Plaintiff to file a response, in writing, by no later than April 15, 2015, at 1:30 p.m. (Id.) As of this date, however, Plaintiff has not responded to the second order, and no pretrial documents have been lodged. The order specifically warned Plaintiff that failure to comply "will result in the dismissal of this action pursuant to Local Rule 41-1 for failure to prosecute." (Id.)

Pursuant to Federal Rule of Civil Procedure 41(b), the Court may dismiss an action for failure to prosecute where the plaintiff "fails to prosecute or to comply with these rules or a court order." Fed. R. Civ. P. 41(b); *accord Link v. Wabash R. Co.*, 370 U.S. 626, 629–30 (1962). And under the Central District's Local Rule 41-1, "[c]ivil suits

---

[1] Plaintiff requested a continuance, which this Court did not grant.

LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | CV 14-00866 BRO (FFMx) | Date | April 21, 2015 |
|---|---|---|---|
| Title | RICHARD GREENBERG V. CONNIE GUZMAN | | |

which have been pending for an unreasonable period of time without any action having been taken therein may, after notice, be dismissed for want of prosecution." C.D. Cal. L.R. 41-1.  Given Plaintiff's failure to file any pretrial documents, to appear at the pretrial conference, and to respond to the Court's April 6, 2015 order to show cause, the Court hereby **DISMISSES this case without prejudice**.

**IT IS SO ORDERED.**

:

Initials of Preparer      rf